BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant BLACKWELL

FILED
FEB 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT BLACKWELL, ) <br> ) <br> ) <br> Defendant. ) | No. CR 06-00217 DLJ <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING DATE |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently scheduled for Friday, March 2, 2007, at 10:00 a.m., may be continued to Friday, March 23, 2007, at 10:00 a.m. The reason for the requested continuance is that the final pre-sentence report has not been disclosed yet and the sentencing memorandum is due one week before sentencing which is today. Defense counsel would like the opportunity to review the pre-sentence report and recommendation prior to filing the sentencing memorandum. Defense counsel is unavailable on March 9, 2007 and government counsel is unavailable on March 16, 2007. Should the Court continue sentencing to March 23, 2007, all parties should be available on that date.

DATED:   February 23, 2007

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED:   February 23, 2007

/S/
_____
DANA WAGNER
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently scheduled for Friday, March 2, 2007, at 10:00 a.m., is hereby continued to Friday, March 23, 2007, at 10:00 a.m.

SO ORDERED.

DATED: 2-26-07

_____
D. LOWELL JENSEN
United States District Judge